**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1745**

---

MICHAEL RUTH,

        Plaintiff - Appellant,

    v.

CITY OF CREEDMOOR; ROBERT G. MORRIS, in his official and
individual capacities; JOHN DOES 1-10, in their official and
individual capacities,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:13-cv-00862-BR)

---

Submitted:  November 10, 2015      Decided:  November 30, 2015

---

Before KING and WYNN, Circuit Judges, and DAVIS, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Ruth, Appellant Pro Se.  Dan M. Hartzog, Jr., CRANFILL,
SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ruth appeals the district court's order granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ruth v. City of Creedmoor, No. 5:13-cv-00862-BR (E.D.N.C. June 30, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED